IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 16  P 12: 23

CLERK B McCarthy
SO. DIST. OF GA

| | |
|---|---|
| PATREECIO ANTWAN MCBRIDE, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-100 |
| RONALD STRENGTH, | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for a preliminary injunction is **DENIED**.

SO ORDERED this 16th day of October, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE