IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| PATREECIO ANTWAN MCBRIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-100 |
| ) | |
| RONALD STRENGTH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case shall be **CLOSED**.

SO ORDERED this 14th day of November, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE